```
CSTAK        *         PUBLIC INFORMATION      *    06-30-2020
PAGE 001     *            INMATE DATA          *    21:06:15
                       AS OF 06-30-2020

REGNO..: 48703-039 NAME: MITCHELL, LARRY

                   RESP OF: THA
                   PHONE..: 812-238-1531   FAX: 812-238-3301
                                           RACE/SEX...: BLACK / MALE
                                           AGE:  43
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 07-08-2021                    PAR HEAR DT:




G0002     MORE PAGES TO FOLLOW . . .
```

*Exhibit A*